EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Conferencia Notarial | 2015 TSPR 135<br><br>193 DPR ____ |

Número del Caso: EC-2015-2

Fecha: 13 de octubre de 2015

Materia: Agenda y Reglas de la Conferencia Notarial.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re*: | | Segunda Sesión |
| | EC-2015-02 | Ordinaria de la |
| Conferencia Notarial | | Conferencia |
| | | Notarial |
| | | de Puerto Rico: |
| | | Agenda y Reglas |

RESOLUCIÓN

En San Juan, Puerto Rico, 13 de octubre de 2015

A tenor con nuestra resolución de 10 de septiembre de 2015, convocando a los miembros de la Conferencia Notarial de Puerto Rico, para la Segunda Sesión Ordinaria de la Conferencia Notarial a celebrarse el viernes, 23 de octubre de 2015, en el Centro de Recepciones del Gobierno, en San Juan, los trabajos de esta Conferencia se regirán por la agenda siguiente:

**SESIÓN DE LA MAÑANA**

7:30 a.m.   Registro de Participantes y Personas Invitadas a la Conferencia Notarial

9:00 a.m.   Sesión de Apertura:
Mensaje de la Hon. Liana Fiol Matta Jueza Presidenta

9:20 a.m.   Conferencia Magistral: Presente y Futuro del Notariado en el Mundo

Not. Jean Paul Decorps

10:00 a.m.  Informe de la Oficina de Inspección de Notarías

Lcdo. Manuel E. Ávila de Jesús

10:15 a.m.   Receso

10:30 a.m.   Inicio de la presentación de hallazgos y recomendaciones de la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico

<u>Visión general de la Comisión y Radiografía del Notariado Puertorriqueño</u>

Lcdo. Dennis Martínez Colón

11:00 a.m.   <u>Formación y Desarrollo Académico del Notariado Puertorriqueño</u>

Lcdo. Luis Mojica Sandoz
Lcda. Belén Guerrero Calderón

11:30 a.m.   <u>Práctica Notarial: Desde la Perspectiva del Registro de la Propiedad, de la Oficina de Inspección de Notarías, de la Disciplina y de la Ética</u>

Lcda. Gloria M. Oppenheimer Keelan
Lcdo. José M. Biaggi Junquera
Lcdo. Héctor L. Torres Vilá
Lcda. Helga L. Pérez Ríos

12:30 p.m.   Almuerzo

**SESIÓN DE LA TARDE**

1:30 p.m.   Continuación de la presentación de hallazgos y recomendaciones de la Comisión

<u>Futuro del Notariado Puertorriqueño</u>

Lcdo. Israel Pacheco Acevedo
Lcda. Carmen H. Carlos Cabrera

2:30 p.m.   Receso

2:45 p.m.   Inicio de Talleres Grupales

4:40 p.m.   Conclusiones y recomendaciones de los talleres grupales

Lcdo. Manuel E. Ávila de Jesús

4:50 p.m.    Mensaje de Clausura
             Hon. Liana Fiol Matta
             Jueza Presidenta

**<u>REGLAS</u>**

La Conferencia Notarial se regirá por las siguientes reglas:

1.  La Jueza Presidenta llamará al orden y declarará constituida la Conferencia Notarial de Puerto Rico para dar comienzo a los trabajos.

2.  Los teléfonos celulares de las personas asistentes se mantendrán apagados o en su modalidad silenciosa durante toda la Conferencia.

3.  El Director de la Oficina de Inspección de Notarías, Lcdo. Manuel E. Ávila de Jesús, se desempeñará como el Secretario de la Conferencia Notarial, y será el moderador a cargo de presentar la agenda de los trabajos del día.

4.  Podrán participar en la discusión plenaria, las personas miembros de la Conferencia Notarial y los invitados e invitadas.

5.  El tiempo concedido para los turnos durante la discusión plenaria estará limitado, conforme al número de participantes, para permitir la participación del mayor número posible de personas.

6.  La Jueza Presidenta podrá declarar fuera de orden cualquier planteamiento que no sea pertinente a los temas de la Conferencia Notarial.

7.  Los comentarios y las sugerencias que se presenten durante la Conferencia Notarial y posterior a ésta serán objeto de estudio y análisis por el Secretariado de la Conferencia Judicial y Notarial, la Oficina de Inspección de Notarías, la Oficina de Administración de los Tribunales y el Tribunal Supremo.

8.  La Directora del Secretariado de la Conferencia Judicial y Notarial, todo el personal del Secretariado, la Secretaria del

Tribunal Supremo y el Alguacil del Tribunal Supremo, al igual que cualquier otro personal que sea designado, asistirán al Tribunal y a las personas participantes de la Conferencia Notarial durante los preparativos y los trabajos.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo